871

No. P67/247.—Firestone Tire & Rubber Company *v.* United States, protests 65/12346 and 66/44470 (Norfolk).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of drawtwister machines and parts similar in all material respects to those the subject of *Allied Chemical Corp., National Aniline Division, and Alltransport, Inc., et al.* v. *United States* (53 Cust. Ct. 233, Abstract 68680, and 56 Cust. Ct. 880, Abstract 69811), the claim of the plaintiff was sustained.

No. P67/248.—Starlite Merchandise Co., Inc., et al. *v.* United States, protests 61/16115, etc. (New York).

Ford, J. In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of earphones similar in all material respects to those the subject of *Motorola, Inc., and International Expediters, Inc.* v. *United States* (54 Cust. Ct. 303, Abstract 69019), and that the items of merchandise marked "B" consist of earphones which are not suitable for controlling, distributing, modifying, producing, or rectifying electrical energy and that said merchandise, in fact, consists of articles having as an essential feature an electrical element or device, wholly or in chief value of metal, the claim of the plaintiffs was sustained.

No. P67/249.—Multivox Corp. of America and Sorkin Music Corp. *v.* United States, protest 61/1056-S (New York).

Oliver, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiffs was sustained.